IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BOARD OF TRUSTEES, SHEET METAL )
WORKERS' NATIONAL PENSION )
FUND, *et al.*, )
)
        Plaintiffs, )
)
v. )   Civil Action No. 1:15-cv-727 (AJT/TCB)
)
4 SEASONS HOME HEATING AND )
AIR CONDITIONING, INC., )
)
        Defendant. )
_____)

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. No. 13] of the Magistrate Judge recommending that p\laintiffs' Motion for Default Judgment Pursuant to Fed. R. Civ. P. 55(b) [Doc. No. 7] be granted and default judgment entered against defendant in favor of plaintiffs in the amount of $17,905.65 consisting of the following amounts:

    $11,714.31 in unpaid contributions;
    $641.05 in interest;
    $2,342.90 in liquidated damages;
    $250.60 in late fees;
    $2,956.79 in attorneys' fees and costs.

No objection to the Report and Recommendation has been filed. Having conducted a *de novo* review of the evidence in this case, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiffs' Motion for Default Judgment Pursuant to Fed. R. Civ. P. 55(b) [Doc. No. 7] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, ENTERED against defendant in favor of plaintiffs in the amount of $17,905.65.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to defendant 4 Seasons Home Heating and Air Conditioning, Inc. at the following address:

> 4 Seasons Home Heating and Air Conditioning, Inc.
> 23209 58th Street E
> Buckley, WA 98321

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
November 16, 2015